AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
SANJAR JAMILOV,
aka "Jerry Braun"

*Defendant(s)*

Case No. 8:25-mj-1172-AAS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 2022 and April 2023  in the county of  Pinellas  in the Middle District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to submit false voter registration applications |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Damien Nagle Kraebel, US Postal Inspector, USPIS
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: January 31, 2025

_____
*Judge's signature*

City and state: Tampa, FL

Amanda Arnold Sansone, U.S.M.J.
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# A CRIMINAL COMPLAINT

I, Damien Nagle Kraebel, being duly sworn, depose and state the following:

## INTRODUCTION

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been since 2015. During this time, I have been personally involved in a wide range of criminal investigations. I investigate, make arrests, and serve warrants for offenses with a nexus to the US Mail. I am currently assigned as a Postal Inspector at the Tampa Field Office in Tampa, Florida. In 2015, I completed a twelve-week residential Postal Inspector Basic Training Program at the USPIS Career Development Unit in Potomac, Maryland, and I have conducted thousands of hours of investigations using a variety of investigative techniques. I have received numerous additional trainings, many concerning fraud investigations. I have assisted in the execution of numerous search warrants, including residential search warrants, resulting in the seizure of electronics, and other forms of evidence. I have been a licensed attorney in the State of Florida since 2003 and worked as an Assistant State Attorney in Clearwater, Florida prior to my current position.

2. I submit this affidavit in support of a criminal complaint charging DMITRY SHUSHLEBIN and SANJAR JAMILOV with conspiring to submit false voter registration applications, in violation of 18 U.S.C. § 371 and 52 U.S.C. §§ 20511(2)(A) and 10307(c).

3. The statements contained in this affidavit come from my personal observations, my training and experience, information obtained from both government and public records databases, review of records and documents, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of this investigation. The dates, times, and amounts discussed herein are approximate. Moreover, where the content of records and the actions, statements, and conversations of others are described, they are described in sum and substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

### Submission of Fraudulent Voter Registration Applications

4. The Pinellas County Supervisor of Elections (SOE) was responsible for conducting voter registration for state, federal, and local elections and for administering all elections in Pinellas County, Florida. In February and March 2023, the SOE became suspicious of a series of voter registration applications they had received. Each application had been created online via Florida's Online Voter Registration System, which is run by the Florida Department of State (DOS). The applications were then printed, signed, and mailed to the SOE via the United States Postal Service (USPS). Each application listed a real residential address in Pinellas

County but bore the name, date of birth, and social security number of what appeared to be a fictitious individual. Approximately 132 such applications were detected by the SOE.

5. These 132 applications were submitted in envelopes with identically formatted return and address labels. The mailing envelopes in which the SOE received the applications bore typed return and delivery addresses with an identical font, format, and alignment, and each delivery address had a misplaced comma in the same location as well as a lower-case L in the abbreviation for Florida. The applications themselves were similar in the following ways:

    a. None of the applicants have middle names;

    b. None of the applicants list a Florida driver's license or State ID number;

    c. The date next to the signature line on many applications follows the same pattern:

        i. periods are used to separate the day, month and year, for example "02.17.23";

        ii. a zero is used before any single digit; and

        iii. only the last two digits of the year are used;

    d. nearly all the addresses appear twice within the 132 applications;

    e. the same date of birth appears on multiple applications;

    f. the last four digits of the purported social security numbers used are nearly sequential in many instances; and

    g. there are notable similarities in the signatures including, among others, a line drawn under a signature, a circle drawn around others or, in place of a signature in script, a printed signature following the pattern of the first letter of the applicant's purported first name followed by their last name.

6.     The SOE compared the names to records at the Florida Department of Highway Safety and Motor Vehicles (DHSMV) and DOS and confirmed that none of the applicants had ever received driver's licenses or identification cards in Florida. The SOE issued rejection letters to each of the voter registration applications.

7.     Foster Haugen was a name used on one of the fraudulent voter registration applications. On March 7, 2023, a man with a Russian accent claiming to be Foster Haugen—later determined to be SHUSHLEBIN—called the SOE asking why his voter registration application had been rejected. The SOE official told the caller they could process the application if he would bring identification to their office. The caller identification at the time indicated the call originated from 727-999-1227 and showed the caller as "Dyer, Weston." AT&T phone records confirm this call and reveal that the account for this phone number listed "Weston Dyer" as the billing party and "BIY Dima" for user information—both of which are known aliases for SHUSHLEBIN. The account address was 2185 Logan St, Clearwater, FL 33765, an address rented by SHUSHLEBIN at the time. Additionally, during a secondary border inspection on October 17, 2024, SHUSHLEBIN stated that 727-999-1227 was his cell phone number.

8. Internet protocol (IP) addresses were captured by the DOS online voter registration system at the time the applications were created, which are attributed to the electronic device of the prospective voter. A sample of five IP addresses were provided by DOS. Records from T-Mobile demonstrate these IP addresses were found to have been used at the time by a mobile phone account for phone number 323-974-7809. This account was funded by a credit card in the name of JAMILOV, and the phone number is known to investigators to be used by JAMILOV's girlfriend.

9. A preliminary report from the USPIS forensic laboratory concerning fingerprint analysis of the voter registration applications states that latent fingerprints found on the applications have been attributed to JAMILOV and others. Thus far, fingerprints from thirty applications have been identified as belonging to JAMILOV.

10. Investigators determined that many of the 132 fraudulent voter registration applications had corresponding mail forwards in place with the USPS. A review of USPS records revealed handwritten change of address requests (COA) for nearly every voter application. A preliminary comparison of the COAs to the voter applications suggested that the COAs were submitted a few days to a week prior to the corresponding voter application being sent to the SOE. Each COA pertained only to the fictitious person listed on the related voter application and did not appear to include any of the actual residents of the given address. Of the COAs submitted, each requested mail be forwarded to one of the following three addresses with the quantities noted:

5

- 13300 S Cleveland Ave, Box 232, Ft. Myers, FL 33907 (approximately 69 COAs) (the "Fort Myers Mailbox")

- 2185 Logan St, Clearwater, FL 33765 (approximately 17 COAs) (the "Logan Street Address")

- 10200 Gandy Blvd N, Apt 1229, St. Petersburg, FL 33702 (approximately 45 COAs) (the "Gandy Blvd Apartment")

### The Fort Myers Mailbox

11. Approximately 69 COAs corresponding to the fraudulent voter registration applications directed mail to the Fort Myers Mailbox. The evidence shows that the Fort Myers Mailbox was controlled by SHUSHLEBIN. The Fort Myers Mailbox is a commercial mail receiving agency (CMRA), often referred to as a mailbox store, called "Mailbox, Shipping & Communications." From August 16, 2021 to approximately mid-March 2023, the Fort Myers Mailbox was rented by "L.S."

12. The investigation revealed that SHUSHLEBIN controlled the Fort Myers Mailbox. Financial investigation of SHUSHLEBIN revealed that he changed his credit card statement address to the Fort Myers Mailbox for the statement dated September 26 to October 25, 2021, which is the month immediately following the opening of the mailbox. Additionally, SHUSHLEBIN's credit card usage as early as July 26, 2021, showed transactions occurring in the Fort Myers area.

13. According to records provided by Mailbox, Shipping, and Communications, the user of the Fort Myers Mailbox requested the store to forward mail and packages to addresses known to be associated with SHUSHLEBIN. For example, the records showed packages forwarded from "L.S." at the Fort Myers Mailbox to Amaro Dental at the Logan Street Address and Ilia Bzhelichenko at 690 Main St., Box 836, Safety Harbor, FL 34695 (the "Safety Harbor Mailbox"). As discussed below, the Logan Street Address, the Safety Harbor Mailbox, the company Amaro Dental, and the identity "Ilia Bzhelichenko" are all known to be used by SHUSHLEBIN.

14. On or about December 4, 2024, the Honorable Anthony E. Porcelli signed four search warrants, authorizing the search of Google, Yahoo, Microsoft, and Apple iCloud accounts belonging to SHUSHLEBIN and JAMILOV. In SHUSHLEBIN's Apple iCloud account, agents located copies of emails between Person A, the owner of Mailbox, Shipping, and Communications, and the email address "Office@mailo.one," which had been used to open the Fort Myers Mailbox. The correspondence revealed the following.

    a. On February 13, 2023, Person A sent an email to office@mailo.one containing images of change of address confirmations from USPS that had been received to the Fort Myers Mailbox. The COAs were addressed to seven individuals at names and addresses that also appear on false voter registration applications:

        1. Joe Howard;

7

    2. Reed Moyer;
    3. Steven Powell;
    4. Eugene Nelson;
    5. Tyler Noble;
    6. Fred Russell; and
    7. James Wilcox.

The email also contained images of two envelopes from Chase addressed to Moyer and Noble. False voter registrations were submitted in all of these names, except Moyer. There was no response to the email. Notably, JAMILOV's fingerprints were found on the fraudulent voter registration applications in the names of Powell, Russell, and Wilcox.

b. On February 27, 2023, Person A sent an email to office@mailo.one containing images of envelopes from the SOE prominently displaying "Official Election Mail" addressed to the following individuals:

    1. Max Sheppard;
    2. Ethan Cunningham;
    3. Eugene Nelson;
    4. Craig Michael;
    5. Samuel Hickman;
    6. Raphael Emery; and
    7. Seth Archer.

False voter registrations had been submitted in all of these names as part of the set of 132 received by SOE in February and March 2023. Notably, JAMILOV's fingerprints were found on the fraudulent voter registration applications in the names of Cunningham and Michael.

c. On March 3, 2023, SHUSHLEBIN responded, "Please ship my mail to [the Logan Street Address], recipient Amaro Dental."

### The Logan Street Address

15. Approximately 17 COAs directed mail to the Logan Street Address, which the evidence revealed was controlled by SHUSHLEBIN. The Logan Street Address is an office in a building owned by Alba Realty Group LLC. From November 1, 2022, through approximately April 2023, this office was rented by "Dyer Rentals LLC." The individual who signed on behalf of this company was "Weston Dyer." Weston Dyer is also a name used on one of the 132 fraudulent voter registration applications.

16. Weston Dyer is a known alias of SHUSHLEBIN. Dyer signed the lease in the presence of an Alba Realty agent. In a June 25, 2024, interview, the realtor identified DHSMV photos of SHUSHLEBIN as Dyer. The realtor also stated SHUSHLEBIN/Dyer spoke with a Russian accent.

17. SHUSHLEBIN ran a straw company called "Amaro Dental" out of the Logan Street Address. An application to establish the Fictitious Name "Amaro Dental" was filed with the State of Florida on February 8, 2023, with a mailing address of the Logan Street Address. On the filing, the owner was listed as "D.A." with a residential address of the Fort Myers Mailbox.

18. A related LLC application for "Amaro Dental LLC" was filed on March 15, 2023, with a principal and mailing address of the Logan Street Address and a registered agent of "D.A." at 5333 Swallow Dr, New Port Richey, FL 34652,

9

which was also used as the residential address for Weston Dyer on the lease agreement for the Logan Street Address. An interview with the owner of 5333 Swallow Drive confirmed that neither Weston Dyer nor D.A. lived at that address since it was acquired by them in 2015.

19. Open-source searches for Amaro Dental revealed a Facebook page. On August 15, 2024, the Honorable Amanda A. Sansone signed a search warrant authorizing the search of the Facebook account associated with this page. Results from that warrant indicate the Facebook page was created and maintained by an individual of Bangladeshi-origin residing in Europe. The warrant results further demonstrate that the Facebook page was an online facade only, with a series of posts made on or about November 26, 2022 intended to make Amaro Dental appear to be a legitimate dental office with a lengthy business history. For example, on or about November 26, 2022, several individual posts were created which reference office closures due to Labor Day, Christmas, and New Year holidays. However, as noted above, the business was not created until February of 2023. A Google Maps entry for Amaro Dental at this address includes photos purportedly uploaded by the business owner that show signs and operating hours for Amaro Dental. Email records obtained via search warrant demonstrate that these signs were ordered and purchased by Ilya Yazikov, a known alias of SHUSHLEBIN.

### The Gandy Blvd Apartment

20. Approximately 45 of the COAs pertaining to the fraudulent voter registrations directed mail to be forwarded to the Gandy Blvd Apartment, which is

10

where JAMILOV and his girlfriend were residing at the time. Based on open-source information, DHSMV records and a review of postal business records from that time period, JAMILOV and his girlfriend were residents of the Gandy Blvd Apartment from approximately November 2022 thru November 2023.

21. JAMILOV and his girlfriend had a roommate at the Gandy Blvd Apartment. The roommate voluntarily spoke with investigators. She stated that she was the only roommate of JAMILOV and his girlfriend at the Gandy Blvd Apartment. On or about February 11, 2023, the roommate collected the mail for the apartment, and it included approximately 21 change of address notification letters from the USPS for various names she did not recognize. She took photographs of these letters and later comparison revealed that all 21 of the names are from the fraudulent voter registration applications. The roommate presented these letters to JAMILOV and his girlfriend and asked if they knew about them. They responded that they did know about them and stated that there should be more. Notably, JAMILOV's fingerprints have been found on voter registration applications pertaining to at least 5 of the 21 COAs that the roommate photographed.

22. According to the roommate, JAMILOV and his girlfriend told her they were working with a man from Miami that might offer her a job. They set up an interview for her and on or about January 5, 2023, all three went to what the roommate described as a dental office. There the roommate spoke with the man from Miami. She identified this man in a photo pack as SHUSHLEBIN. When shown

photos of the Logan Street Address, the roommate believed it to be the building where she met SHUSHLEBIN.

23. Queries with the Clearwater Police Department located police report CW23-51307, initiated April 5, 2023, in which SHUSHLEBIN, using the Logan Street Address, reported that his former employee Sanjar JAMILOV had failed to return an Apple laptop upon his termination. SHUSHLEBIN reported that JAMILOV was from Uzbekistan and had been doing data entry for him for the previous three to four months. He paid JAMILOV via cash and Zelle transfers. JAMILOV was located by police at the Gandy Blvd Apartment. JAMILOV told police he did not return the computer because SHUSHLEBIN still owed him money for work. The Clearwater Police took custody of the computer and returned it to SHUSHLEBIN.

24. Financial results from Zelle show five payments to Sanjar JAMILOV between January 5 and February 17, 2023, totaling $2,910. Three payments were from Dmitry SHUSHLEBIN and two are from Ilya Yazikov. The same Zelle data show transactions between Ilia Bzhelichenko and Ilya Yazikov as well as between Ilya Yazikov and Weston Dyer, all three of which are aliases known to be used by SHUSHLEBIN.

### SHUSHLEBIN's Use of the Bzhelichenko Identity

25. Additionally, a financial investigation has revealed that many of the 132 identities used on the fraudulent voter registration applications have banking and other financial accounts. For example, Ilya Yazikov and Ilia Bzhelichenko appeared

12

to send money via Zelle to at least 11 of the 132 identities used on the fraudulent applications. The investigation has revealed that SHUSHLEBIN used both of these identities.

26. One of the 132 fictitious voter registrations submitted to SOE bore the name Ilia Bzhelichenko, with a date of birth of February 15, 1973, a Social Security Number ending in -3205, and an email address of iliabzhelichenko@gmail.com. This email account was the target of a federal search warrant signed by the Honorable Anthony E. Porcelli on December 4, 2024. Results from the search warrant revealed iliabzhelichenko@gmail.com was in communication with banking institutions, credit improvement and monitoring services, U.S. airlines, the USPS, and wireless communication provider TracFone.

27. Subsequent investigation revealed that the Safety Harbor Mailbox was rented in Bzhelichenko's name at a CMRA called Post Office Square. As noted above, the Safety Harbor Mailbox was one of the locations to which mail was forwarded from the Fort Myers Mailbox. The Safety Harbor Mailbox was rented in January 2022 using Anytime Mailbox, a service which allows customers to apply for a box online. Verification documents submitted online through Anytime Mailbox to rent the mailbox included a picture of Russian Passport 725414337 in the name of Ilia Bzhelichenko and a Florida Power and Light bill bearing Bzhelichenko's name and service address of 3420 Washington Lane, Hollywood, Florida 33026. According to Florida Power and Light, the bill was a forgery.

28. Customs and Border Protection (CBP) has no record of an Ilia Bzhelichenko ever entering the United States, nor any record of Russian Passport 725414337. However, during a secondary inspection of SHUSHLEBIN conducted on October 17, 2024, at Denver International Airport, SHUSHLEBIN was found to be in possession of Russian Passport 725414337 in the name of Ilia Bzhelichenko. During questioning, SHUSHLEBIN stated that he accidentally took the passport, which belonged to a friend he was staying with while in Russia.

29. During a June 25, 2024 interview, the owner of Post Office Square stated Bzhelichenko had visited her store in person on a number of occasions to collect his mail. She identified DHSMV pictures of Dmitry SHUSHLEBIN as the individual purporting to be Bzhelichenko. The owner further noted that SHUSHLEBIN/Bzhelichenko drove an RV and a small gray pickup truck. SHUSHLEBIN has both an RV and gray midsized pickup truck registered to him in the state of Florida.

### Shushlebin's Use of the Yazikov Identity

30. On February 12, 2022, a United States Postal Service Form 1583 was submitted through Anytime Mailbox in the name of Ilya Yazikov, to permit his use of the Safety Harbor Mailbox. The Form 1583 listed the residence address for Yazikov as the Fort Myers Mailbox. Proof of identity documents submitted along with Yazikov's Form 1583 included Russian Passport 716343263 in the name of Ilya Yazikov and Florida Driver License Y458637795580 also in the name of Ilya Yazikov.

31. CBP has no record of an Ilia Yazikov ever entering the United States, nor any record of Russian Passport 716343263. Florida DHSMV has no record of an Ilia Yazikov or Florida Driver License Y458637795580.

32. Financial investigation into Yazikov revealed that checks from Bank of America Account ending in -8036 in the name of Ilia Yazikov were used to pay rent to Alba Realty for use of the Amaro Dental Office at the Logan Street Address, which, as explained above, was rented by SHUSHLEBIN using the alias "Weston Dyer." A check from the account, dated January 31, 2023, was signed "Weston Dyer." An additional check, dated March 10, 2023, was written as "Pay To The Order Of Weston Dyer."

33. On or about February 20, 2023, Ilya Yazikov signed a lease for the home at 2532 Sandy Cay, West Palm Beach, FL 33411. Yazikov documented his email and phone number on the lease as yazikov1979@outlook.com and 727-999-1227—the same phone number that SHUSHLEBIN used to pose as "Foster Haugen" to call SOE in March of 2023. An Assistant Manager for the community conducted the community orientation for Yazikov. During an interview on January 7, 2025, she identified the individual she knew as Yazikov as SHUSHLEBIN.

34. On March 2, March 12, and March 16, 2023, a community speed camera recorded speeding violations by the vehicle registered to Yazikov at this address. That vehicle bore license plate 42BLHI. DHSMV records reflect license plate 42BLHI is registered to a gray 2022 Honda Ridgeline pickup truck, owned by

SHUSHLEBIN. Postal records show that between March 11, 2023 and February 14, 2024, the following packages were received at 2532 Sandy Cay:

    a. Ilya Yazikov – 15 packages

    b. Ellen Siegel (another name from a voter registration application) – 1 package

    c. Ilia Bzhelichenko – 2 packages

    d. Weston Dyer – 7 packages

    e. Ariel Elston - (another name from a voter registration application on which JAMILOV's fingerprint was found) – 1 package

35.    Additionally, a search of SHUSHLEBIN's iCloud revealed hundreds of photographs of driver's licenses in the names of other individuals, including many of the same names used in the 132 fraudulent voter registration applications. Based on my training and experience, I know that possession of numerous driver's licenses in different names is consistent with a variety of potential fraud schemes.

36.    For one example, Ariel Elston is a name used on a voter registration application. Her name, along with an address, date of birth, last four of a social security number, country of birth (USA), email address, and telephone number was on an application received by the SOE on February 21, 2023. SHUSHLEBIN's iCloud account contained the following examples of persistent use:

    a. One photograph found was of a Caucasian woman holding a Michigan driver license bearing her photo, the name Ariel Elston, and a date of birth matching that on the voter application. Facial recognition

16

    determined that the Caucasian woman is likely a Russian theater actress, with a different name and date of birth, who works at the Baltiskii Dom theater in St. Petersburg, Russia.

b. What appears to be a forged social security card where the last four digits match the last four listed on the voter registration.

c. Establishment and use of email addresses Elston.a@outlook.com, elstonariel@mailo.one, elstonariel@yahoo.com, elston@mailo.one, and arielelston81@gmail.com.

d. Establishment of accounts in her name at Bank of America and American Express.

e. A purchase by Elston made at Amaro Dental and establishment of a Sunbit dental loan to satisfy the purchase. The payment plan for this loan was to begin on February 6, 2023, and end on January 6, 2026.

f. A $100 transfer to Ariel Elson from an account associated with email address yazikov@mailo.one.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

37. Based on the foregoing information, I respectfully submit that probable cause exists to believe that DMITRY SHUSHLEBIN and SANJAR JAMILOV have conspired to submit false voter registrations, in violation of 18 U.S.C. § 371 and 52 U.S.C. §§ 20511 and 10307(c). Accordingly, I request issuance of the proposed Complaint and Arrest Warrants.

_____
Damien Nagle Kraebel, US Postal Inspector
US Postal Inspection Service

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this __31__ day of ~~February~~ January, 2025.

_____
HONORABLE AMANDA A. SANSONE
United States Magistrate Judge